```
EXHIBIT 2
```

Disciplinary History

```
 HOUGY             *        INMATE DISCIPLINE DATA         *      02-07-2023
PAGE 001           *    CHRONOLOGICAL DISCIPLINARY RECORD  *      09:57:51

 REGISTER NO: 87160-379 NAME..: LOUDD, ZACHARY
 FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-07-2023

 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3706306 - SANCTIONED INCIDENT DATE/TIME: 12-06-2022 1755
 DHO HEARING DATE/TIME: 01-03-2023 0916           DHO REPT DEL: 01-05-2023 1500
 FACL/CHAIRPERSON.....: CAA/ZEVAN,G
 REPORT REMARKS.......: FACTS;ADMITS TO ENGAGING IN MELEE EXCHANGING CLSD FISTS
                        W/MULTI I/M'S. "I'M GUILTY OF FIGHTING."
    201   FIGHTING WITH ANOTHER PERSON - FREQ: 1
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P   PER P.S 5270.09
          DS         / 15 DAYS / CS
                FROM: 01-03-2023  THRU: 01-17-2023
          COMP:     LAW:    TO DEMONSTRATE SERIOUSNESS OF ACT.
          LP COMM    / 180 DAYS / CS
                FROM: 01-03-2023  THRU: 07-01-2023
          COMP:     LAW:    TO DETER.
          LP MPLAYER / 180 DAYS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:    PENDING CLEAR CONDUCT.
          LP PHONE   / 180 DAYS / CS
                FROM: 01-03-2023  THRU: 07-01-2023
          COMP:     LAW:    TO DETER.
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3508989 - SANCTIONED INCIDENT DATE/TIME: 05-28-2021 1340
 DHO HEARING DATE/TIME: 06-23-2021 0820           DHO REPT DEL: 06-30-2021 0730
 FACL/CHAIRPERSON.....: COP/C. CARROLL
 REPORT REMARKS.......: I/M REMAINED SILENT.
    104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P   DISALLOWANCE OF 41 DAYS GOOD CONDUCT TIME.
          DS         / 10 DAYS / CS
                FROM: 06-23-2021  THRU: 07-02-2021
          COMP:     LAW:    PLACEMENT IN DISCIPLINARY SEGREGATION FOR 10 DAYS.
          LP COMM    / 180 DAYS / CS
                FROM: 06-23-2021  THRU: 12-19-2021
          COMP:     LAW:    LOSS OF COMMISSARY FOR 180 DAYS.
          LP EMAIL   / 180 DAYS / CS
                FROM: 06-23-2021  THRU: 12-19-2021
          COMP:     LAW:    LOSS OF E-MAIL FOR 180 DAYS.
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3232537 - SANCTIONED INCIDENT DATE/TIME: 03-11-2019 1230
 DHO HEARING DATE/TIME: 03-20-2019 0836           DHO REPT DEL: 04-04-2019 1130
 FACL/CHAIRPERSON.....: VIP/D. GODWIN
 APPEAL CASE NUMBER(S): 974506
 REPORT REMARKS.......: DENIES BEING UNDER INFLUENCE OF UNKNOWN SUBSTANCE.
                        CLAIMS HE WAS ON MEDICATION.




 G0002       MORE PAGES TO FOLLOW . . .
```

```
 HOUGY              *        INMATE DISCIPLINE DATA          *      02-07-2023
PAGE 002            *    CHRONOLOGICAL DISCIPLINARY RECORD   *      09:57:51

REGISTER NO: 87160-379 NAME..: LOUDD, ZACHARY
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-07-2023

DHO HEARING DATE/TIME: 03-20-2019 0836 REPORT 3232537 CONTINUED
    199  DISRUPTIVE CONDUCT-GREATEST - FREQ: 1
         DIS GCT     / 41 DAYS / CS
         COMP:010 LAW:P   PLRA INMATE
         DS          / 30 DAYS / CS
                     FROM: 03-20-2019  THRU: 04-18-2019
         COMP:    LAW:
         LP COMM     / 6 MONTHS / CS
                     FROM: 03-20-2019  THRU: 09-19-2019
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3198756 - SANCTIONED INCIDENT DATE/TIME: 12-04-2018 1200
UDC HEARING DATE/TIME: 12-07-2018 1219
FACL/UDC/CHAIRPERSON.: VIP/6 A/LOPEZ
REPORT REMARKS.......: NO COMMENT
    310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LP VISIT    / 30 DAYS / CS
                     FROM: 12-07-2018  THRU: 01-05-2019
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3090996 - SANCTIONED INCIDENT DATE/TIME: 02-20-2018 0815
DHO HEARING DATE/TIME: 02-27-2018 0940           DHO REPT DEL: 07-31-2018 0730
FACL/CHAIRPERSON.....: MCR/SIZEMORE W
REPORT REMARKS.......: INMATE ADMITS TO POSSESSING THE WEAPON FOUND DURING A
                       PAT SEARCH
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT     / 41 DAYS / CS
         COMP:010 LAW:P
         DS          / 14 DAYS / CS
         COMP:    LAW:
         LP COMM     / 3 MONTHS / CS
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3091130 - SANCTIONED INCIDENT DATE/TIME: 02-20-2018 0725
DHO HEARING DATE/TIME: 02-27-2018 0937           DHO REPT DEL: 02-05-2019 1540
FACL/CHAIRPERSON.....: MCR/SIZEMORE W
REPORT REMARKS.......: INMATE ADMITS TO FIGHTING
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT     / 27 DAYS / CS
         COMP:010 LAW:P
         DS          / 14 DAYS / CS
         COMP:    LAW:
         LP PHONE    / 3 MONTHS / CS
         COMP:    LAW:



G0002       MORE PAGES TO FOLLOW . . .
```

```
HOUGY            *        INMATE DISCIPLINE DATA         *      02-07-2023
PAGE 003 OF 003  *    CHRONOLOGICAL DISCIPLINARY RECORD  *       09:57:51

REGISTER NO: 87160-379 NAME..: LOUDD, ZACHARY
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-07-2023

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2988126 - SANCTIONED INCIDENT DATE/TIME: 05-16-2017 2135
DHO HEARING DATE/TIME: 05-31-2017 0732          DHO REPT DEL: 06-05-2017 0730
FACL/CHAIRPERSON.....: VVM/M.D. HILL
REPORT REMARKS.......: ADMITS TO FAILING TO STAND COUNT
    320  FAILING TO STAND COUNT - FREQ: 1
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:P
         LP COMM    / 30 DAYS / CS
           COMP:    LAW:    LOSS OF COMMISSARY THROUGH 06-17-2017/7-17-2017
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2987381 - SANCTIONED INCIDENT DATE/TIME: 05-15-2017 1610
UDC HEARING DATE/TIME: 05-17-2017 1423
FACL/UDC/CHAIRPERSON.: VVM/C 1/2/B. CINTORA
REPORT REMARKS.......: BASED ON REPORT AS WRITTEN AND INMATE ADMISSION HE DID
                       NOT STAND FOR COUNT.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 30 DAYS / CS
           COMP:    LAW:    LOSS OF COMMISSARY FROM 05-18-2017 TO 06-17-2017
    320  FAILING TO STAND COUNT - FREQ: 1
         LP VISIT   / 30 DAYS / CS
           COMP:    LAW:    LOSS OF VISITS FROM 05-18-2017 TO 06-17-2017
    404  USING ABUSIVE/OBSCENE LANGUAGE - FREQ: 1
         LP PHONE   / 30 DAYS / CS
           COMP:    LAW:    LOSS OF PHONE FROM 05-18-2017 TO 06-17-2017
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2963603 - SANCTIONED INCIDENT DATE/TIME: 03-17-2017 0730
UDC HEARING DATE/TIME: 03-22-2017 1020
FACL/UDC/CHAIRPERSON.: VVM/C 1/2/B. CINTORA
REPORT REMARKS.......: BASED ON INMATE NOT BEING PRESENT FOR PROGRAM
    310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LP COMM    / 30 DAYS / CS
           COMP:    LAW:    LOSS OF COMMISSARY FROM 03-23-2017 TO 04-22-2017




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```